UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEORGE LINTON SHEPPARD,<br><br>Debtor,<br>_____<br>GEORGE LINTON SHEPPARD, individually<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR [or, ON BEHALF OF] GSR MORTGAGE LOAN TRUST 2005-AR4; WELLS FARGO BANK, N.A., PHELAN HALLINAN DIAMOND & JONES, LLP, STEVENS & LEE, P.C.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; DOES 1-10; AND ROE CORPORATIONS 1-10, inclusive<br><br>Defendants. | CA NO: 17-1902<br>ADV No: 16-00355-amc<br>BK NO. 15-17697-amc |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Phelan Hallinan Diamond & Jones, LLP, a nongovernmental corporate party, confirms that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

FLASTER/GREENBERG P.C.

Dated: May 12, 2017        By:    /s/ Kenneth S. Goodkind
                                                Kenneth S. Goodkind, Esquire
                                                1810 Chapel Avenue West
                                                Cherry Hill, NJ 08002
                                                (856) 661-2273
                                                ken.goodkind@flastergreenberg.com
                                                *Attorneys for Defendant Phelan Hallinan Diamond & Jones, LLP*

6243684 v1