UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA 19107-4299

Volume 1 of 4

Timothy B. McGrath
Clerk

May 16, 2017

Telephone
(215) 408-2800

Re:   George Linton Sheppard
          *Debtor*

Bankruptcy No. 15-17697 amc

George Linton Sheppard
          *Plaintiff*
          v.

Adversary No. 16-355 amc

Civil Action No. 17-1902

U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4 ;  US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4 ;  Wells Fargo Bank, N.A. ;  Phelan Hallinan Diamond & Jones, LLP ;  Stevens & Lee, P.C. ; All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest  In the Property Described In The Complaint Adverse To Plaintiff's Title Thereto ;  Does 1-10 ;  And Roe Corporations 1-10, inclusive
          *Defendants*

Dear  Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

( ) Certificate of Appeal from Order.
    Notice of Appeal filing fee    ( ) paid    ( ) not paid

(X) Designation of Record on Appeal filed.
( ) Designation of Record on Appeal not filed.

( ) Supplemental Certificate of Appeal.

( ) Motion for Leave to Appeal filed.
    ( ) Answer to Motion filed.

(X) Other:  Record on Appeal.

**FILED**

MAY 1 8 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: John Barbetta
Deputy Clerk

Received Above material or record tile this _____ day of _____ , 2017.

Civil Action No. ____17-1902____        Signature:_____

Miscellaneous No. _____        Date: _____

Assigned to Judge ____Jones____

BFL5.frm2