UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath  
Clerk

June 7, 2017

Telephone  
(215) 408-2800

Re:   George Linton Sheppard  
       *Debtor*

     George Linton Sheppard  
       *Plaintiff*  
       v.

Bankruptcy No. <u>15-17697 amc</u>

Adversary No. <u>16-355 amc</u>

Civil Action No. <u>17-1902</u>

U.S. Bank National Association, As Trustee For GSR Mortgage Loan Trust 2005-AR4 ;  US Bank National Association, As Trustee For [or, On Behalf Of] GSR Mortgage Loan Trust 2005-AR4 ;  Wells Fargo Bank, N.A. ;  Phelan Hallinan Diamond & Jones, LLP ;  Stevens & Lee, P.C. ; All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest  In the Property Described In The Complaint Adverse To Plaintiff's Title Thereto ;  Does 1-10 ;  And Roe Corporations 1-10, inclusive  
*Defendants*

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

    ( ) Certificate of Appeal from Order.  
        Notice of Appeal filing fee   ( ) paid   ( ) not paid

      ( ) Designation of Record on Appeal filed.  
      ( ) Designation of Record on Appeal not filed.

    ( ) Supplemental Certificate of Appeal.

    ( ) Motion for Leave to Appeal filed.  
      ( ) Answer to Motion filed.

    (X) Other:  Supplemental Record on Appeal  (Transcripts).

Kindly acknowledge receipt on the copy of the letter provided.

              For the Court

              Timothy B. McGrath  
              Clerk

              By: John Barbetta  
              Deputy Clerk

FILED  
JUN 1 5 2017  
KATE BARKMAN, Clerk  
By _____ Dep. Clerk

---

Received Above material or record tile this _____ day of _____, 2017.

Civil Action No. _____<u>17-1902</u>_____    Signature:_____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____Jones_____

BFL5.frm2